ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-6570
    molly.friend@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE OF LABOR NO. 5 IN BUENOS AIRES, ARGENTINA IN CARMEN VERONICA MAXIOTTA V. MATIZ S.A. | MISC. NO. 23-80214<br><br>EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

    Ismail J. Ramsey, United States Attorney for the Northern District of California, by the undersigned Assistant United States Attorney, Molly A. Friend, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Molly A. Friend, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from Google LLC. Certain information has been requested by the National Court of First Instance of Labor No. 5 in Buenos Aires, Argentina (the "Argentine Court") pursuant to a Letter of Request issued in connection with a civil judicial proceeding captioned: *Carmen Veronica Maxiotta v. Matiz S.A.*, Foreign Reference Number 2326/2022.

    The grounds for this *ex parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

    Google LLC does not object to entry of the accompanying proposed order. This Application is

EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

1 | unopposed.

2 | DATED: August 22, 2023                              Respectfully submitted,

3 |                                                                           ISMAIL J. RAMSEY
                                                                                United States Attorney
4 |
                                                                                */s/ Molly A. Friend*
5 |                                                                           MOLLY A. FRIEND
                                                                                Assistant United States Attorney
6 |

...

EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

# CERTIFICATE OF SERVICE

### United States of America v. Google, LLC
### USDC Case # 3:23-mc-80214

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**1. EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782; MEMORANDUM IN SUPPORT; DECLARATION IN SUPPORT; PROPOSED ORDER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

[] FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
[] CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
[] FACSIMILE (FAX)
[] PERSONAL SERVICE (BY MESSENGER)
[] FEDERAL EXPRESS via Priority Overnight
**[X] EMAIL-Pursuant to written agreement of the parties to accept service by electronic mail**
[] USAfx

To the party(ies) last known address as follows:

> **Counsel for Google LLC:**
> Laura Devine
> 1600 Amphitheatre Parkway
> Mountain View, California 94043
> google-legal-support@google.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 22, 2023, at San Francisco, California.

*/s/ Molly A. Friend*
Molly A. Friend
Assistant United States Attorney

EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782